[No. 16639-9-II.    Division Two.    February 23, 1995.]

RICHARD A. HOYT, *Appellant*, v. MICHAEL CARMODY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-2-00830-7, David E. Foscue, J., entered

October 19, 1992. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan, J., and Petrich, J. Pro Tem.